```
            UNITED STATES DISTRICT COURT
               DISTRICT OF NEW JERSEY
```

DOLORES M. KRUG                 :

       Plaintiff(s),      :      Civ. 10cv1845

                              :

       v.                       NOTICE OF CALL FOR DISMISSAL
                              :      PURSUANT TO L. Civ. R. 41.1

EICHENBAUM & STYLIANOU, LLC.    :

       Defendant(s).      :

     PLEASE TAKE NOTICE, That the above case, having been pending for more than four months without any proceeding having been taken therein, will be called at Court Room No. 4, U.S. Post Office and Courthouse, Newark, New Jersey on 13 December 2010 at 9:00 a.m., or as soon thereafter as the same may be reached, and unless sufficient reason to the contrary is shown, in writing, the case will be dismissed in accordance with L. Civ. R. 41.1 of the Local Rules of this Court.

                                            WILLIAM T. WALSH, CLERK

                                 by:   S/SCOTT P. CREEGAN
                                        Scott P. Creegan, Deputy Clerk

DATE: 3 December 2010

To: Judge Cavanaugh
    Judge Dickson
    Philip D. Stern, Esq.